IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

|  |  |
|---|---|
| THE CITY OF MILES CITY, a political subdivision of the State of Montana,<br><br>       Plaintiff/Counter Defendant,<br><br>vs.<br><br>ECKART TRUCKING, INC.,<br><br>       Defendant/Counter<br>       Claimant. | CV 21-68-BLG-SPW-TJC<br><br><br>**ORDER** |

Plaintiff has filed an unopposed motion to for extension of time to respond to Defendant's counterclaims. (Doc. 13.) Good cause appearing, IT IS HEREBY ORDERED that the motion is GRANTED. Plaintiff shall answer or otherwise respond to Defendant's counterclaims by **October 28, 2021**.

**IT IS ORDERED**.

DATED this 3rd day of August, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge